

**Routh Crabtree Olsen, P.S.**
Edward Weber #194963
Jonathan J. Damen #251869
Nancy Ly #272035
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

File No.: 7037.47369

The following constitutes
the order of the court. Signed December 21, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Attorneys for Movant JPMorgan Chase Bank, National Association

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 12-54151-SLJ |
| | R.S. No.: JJD-1183 |
| Mario E. Cuestas aka Mario Enrique Cuestas | Judge Stephen L. Johnson |
| | Chapter 13 |
| Debtor. | |
| | *ORDER GRANTING RELIEF FROM AUTOMATIC STAY* |
| | Preliminary Hearing: |
| | Date: November 20, 2012 |
| | Time: 10:30 am |
| | Place: U.S. Bankruptcy Court |
| | 280 South First Street |
| | San Jose, CA 95113 |
| | Courtroom 3099 |

The Motion for Relief from Automatic Stay of JPMorgan Chase Bank, National Association ("Movant" hereinafter), a secured creditor, came on for hearing before the Honorable

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

1

Stephen L. Johnson.  Appearances were made as noted on the record.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, upon review of the evidence presented, that the automatic stay of §362(a) is terminated as to the Debtor(s) and the bankruptcy estate pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) thereby permitting the Movant, its agents, successors, and all persons and entities acting on behalf of such parties to enforce all state law remedies against the collateral commonly known as **501 Thelma Drive, San Antonio, TX 78212,** including but not limited to, foreclosure and any actions necessary to obtain possession of the real property after foreclosure. The legal description of the property is as follows:

LOTS 23, 24, 25 AND 26, BLOCK 2, COUNTY BLOCK 4038 DENVERSIDE ADDITION, CITY OF OLMOS PARK, BEXAR COUNTY, TEXAS

It is further ordered that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

It is further ordered that the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is not waived.

Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case.

*** END OF ORDER ***

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

2