Mark D. Estle, SBN 135004
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mario E. Cuestas,<br><br><br><br><br>Debtor | Case No. 12-54151<br><br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF MOTION TO APPROVE LOAN MODIFICATION**<br><br>(no hearing required unless requested in writing) |

I, Maurice Dorsey declare:

    I am employed as a(n) Assistant Secretary by Nationstar Mortgage LLC ("Movant"). I am over 18 years of age. I have knowledge regarding Movant's interest in the property and of the Mario E. Cuestas ("Debtor") loan account that is the subject of this Motion. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

    I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor concerning the Property. I have access to the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge

of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

1. The subject Note is secured by Deed of Trust executed on or about May 18, 2007, covering certain real property located at 2424/2426 Cincinnati Ave, San Antonio, Texas 78228 (the "Property"). True and correct copies of the Note and Deed of Trust are attached hereto as Exhibits A and B, respectively, and incorporated herein by reference.

2. The Note in the original principal amount of $75,000.00, dated May 18, 2007, was executed by Mario E. Cuestas.

3. Debtor and Movant have agreed to modify the Debtor's loan to adjust the amount of interest-bearing principal, adjust the maturity date and interest rate of his obligation to Movant and now seek approval of the Court. Once the loan modification agreement is approved, Movant shall withdraw or amend its proof of claim accordingly. A true and correct copy of the Loan Modification Agreement is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 12, 2014, at Lewisville, Texas.

| Maurice Dorsey | /s/Maurice Dorsey |
|---|---|
| *Declarant's Name* | *Signature of Declarant* |