Instrument and that contains any such terms and provisions as those referred to in (a) above.

7. Borrower understands and agrees that:

   (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

   (c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

   (d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

   (e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

   (f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

   Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

Case: 12-54151   Doc# 75-8   Filed: 11/18/14   Entered: 11/18/14 12:16:07   Page 1 of 5

       By checking this box, Borrower also consents to being contacted by text messaging [ ].

8. In the event that I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the loan documents and did not reaffirm the mortgage debt under applicable law, Lender agrees that I will not have personal liability on the debt pursuant to this Agreement.

9. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

*Maria Cuestas*

In Witness Whereof, the Lender and I have executed this Agreement.

_____ (Seal)
**MARIO CUESTAS** -Borrower-

_John C. Kilgour_ -Witness    _____ -Witness
Signature                      Signature

_John C. Kilgour_ -Witness    _Vanessa Victoras_ -Witness
Print Name                     Print Name

_____ [Space Below This Line For Acknowledgments] _____
The State of Texas

County of _____

Before me _____ Notary Public, on this day personally appeared
                  (please print name)
**MARIO CUESTAS**, known to me (or proved To Me On the oath Of _____ Or through
_____ (description of identity card or other document)) to be the person whose name is
subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the
purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, A.D., _____.

_____
Signature of Officer

_____
Title of Officer
My Commission expires : _____

"SEE ATTACHED ACKNOWLEDGEMENT"



LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument      Form 3179 1/01 (rev. 4/14)
8300b 08/14                                                                  (page 5 of 6)

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Alameda__

On __September, 10 2014__ before me, __Rashmi Anand, Notary Public__,
(Here insert name and title of the officer)

personally appeared __Mario Cuestas__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public

RASHMI ANAND
COMM #1910530
Notary Public-California
ALAMEDA COUNTY
My Comm. Exp. NOV 23, 2014

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

__Loan Modification Agreement__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __6__  Document Date __9-10-14__

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- ☑ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ◦ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ◦ Indicate title or type of attached document, number of pages and date.
  - ◦ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary). •
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

**NATIONSTAR MORTGAGE LLC**

By: _____ (Seal) - Lender
Name: ___Krista Moore___
Title: ___Assistant Secretary___

___9-16-14___
Date of Lender's Signature

_____ [Space Below This Line For Acknowledgments] _____

The State of TX

County of ___Denton___     Notary Public

Before me ___Azra Habibija_____ (name/title of officer) on this day personally appeared

___Krista Moore_____, the ___Assistant Secretary_____ of

___Nationstar Mortgage LLC_____,

known to me (or proved to me on the oath of _____ or through _____ (description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___16th___ day of ___September___, A.D. ___2014___

AZRA HABIBIJA
Notary Public, State of Texas
My Commission Expires
October 09, 2017

_____
Signature of Officer
Notary Public
_____
Title of Officer

My Commission expires: ___6/9/2017___

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument          Form 3179 1/01 (rev. 4/14)
8300b 08/14                                                                       (page 6 of 6)